**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1214**

MELODY RODGERS,

　　　　　　　Plaintiff - Appellant,

　　and

BRANDEE RITSEMA; LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; EMILY O'DELL; WILLIAM O'DELL; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; CHRISTINA ANDERSON; JESSICA KIRBY,

　　　　　　　Plaintiffs,

　　and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; LORA BYERS; OCERINE COOPER; KIMBERLY VIFINKLE,

　　　　　　　Intervenors/Plaintiffs,

　　　　v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of

Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

No. 23-1162

BRANDEE RITSEMA,

Plaintiff - Appellant,

and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY

2

BORGHESE; JESSICA KIRBY; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; CHRISTINA ANDERSON,

        Plaintiffs,

  and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; LORA BYERS; OCERINE COOPER; KIMBERLY VIFINKLE,

        Intervenors/Plaintiffs,

     v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW

YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

_____

No. 23-1216
_____

EMILY O'DELL; WILLIAM O'DELL,

Plaintiffs - Appellants,

and

BRANDEE RITSEMA; LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; JESSICA KIRBY; DANIEL BLUE; BRENDA BLUE; KATHRINE THOMAS; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; CHRISTINA ANDERSON,

Plaintiffs,

and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; LORA BYERS; OCERINE COOPER; KIMBERLY VIFINKLE,

Intervenors/Plaintiffs,

v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family

4

Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

---

**No. 23-1219**

---

JESSICA KIRBY,

Plaintiff - Appellant,

and

BRANDEE RITSEMA; LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY;

5

ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; CHRISTINA ANDERSON; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE,

        Plaintiffs,

   and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; LORA BYERS; OCERINE COOPER; KIMBERLY VIFINKLE,

        Intervenors/Plaintiffs,

     v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY

6

KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

---

No. 23-1248

---

KIMBERLY VIFINKLE,

Intervenor/Plaintiff - Appellant,

and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; JESSICA KIRBY; BRANDEE RITSEMA; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; CHRISTINA ANDERSON,

Plaintiffs,

and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; LORA BYERS; OCERINE COOPER,

Intervenors/Plaintiffs,

v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK

7

B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

---

**No. 23-1250**

---

LORA BYERS,

Intervenor/Plaintiff - Appellant,

and

8

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; JESSICA KIRBY; BRANDEE RITSEMA; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; CHRISTINA ANDERSON,

       Plaintiffs,

  and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; OCERINE COOPER; KIMBERLY VIFINKLE,

       Intervenors/Plaintiffs,

    v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE

9

COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

> Defendants - Appellees.

_____

**No. 23-1253**

_____

OCERINE COOPER,

> Intervenor/Plaintiff - Appellant,

and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; JESSICA KIRBY; BRANDEE RITSEMA; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; CHRISTINA ANDERSON,

> Plaintiffs,

and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; LORA BYERS; KIMBERLY VIFINKLE,

> Intervenors/Plaintiffs,

v.

10

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

———————

**No. 23-1256**

———————

KATHRINE THOMAS,

11

Plaintiff - Appellant,

and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; JESSICA KIRBY; BRANDEE RITSEMA; BRENDA BLUE; DANIEL BLUE; CHRISTINA ANDERSON,

Plaintiffs,

and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; LORA BYERS; OCERINE COOPER; KIMBERLY VIFINKLE,

Intervenors/Plaintiffs,

v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC.,

12

a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

———————

**No. 23-1257**

———————

TIJANA VIDANOVIC,

Plaintiff - Appellant,

and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; CHRISTINA ANDERSON; JESSICA KIRBY; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; BRANDEE RITSEMA,

Plaintiffs,

and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; KIMBERLY VIFINKLE; OCERINE COOPER; LORA BYERS,

Intervenors/Plaintiffs,

13

v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

---

**No. 23-1258**

---

14

RENESHA TOMLIN,

        Plaintiff - Appellant,

   and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA
CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS;
MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI
CHAPMAN; TIJANA VIDANOVIC; KESHIA HOLLIMAN, a/k/a Keshia Horton;
KRISTEN CLARK-HASSEL; SALLY BORGHESE; CHRISTINA ANDERSON;
JESSICA KIRBY; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE;
BRANDEE RITSEMA,

        Plaintiffs,

   and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; KIMBERLY VIFINKLE;
OCERINE COOPER; LORA BYERS,

        Intervenors/Plaintiffs,

    v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States
Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER
BECERRA, United States Department of Health and Human Services; MERRICK
B. GARLAND, Attorney General of the United States; JERRY MILNER, Director
of the Children's Bureau for the Administration for Children and Families; DOES,
United States Assistant Secretaries for Administration for Children and Family
Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former
Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California;
GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of
Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE
LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of
Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of
Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of
Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA
KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York;
GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of
Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN
PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the

15

Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

―――――――――

**No. 23-1260**

―――――――――

SALLY BORGHESE,

Plaintiff - Appellant,

and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; CHRISTINA ANDERSON; JESSICA KIRBY; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; BRANDEE RITSEMA,

Plaintiffs,

and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; KIMBERLY VIFINKLE; OCERINE COOPER; LORA BYERS,

16

Intervenors/Plaintiffs,

v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

17

---

No. 23-1261

---

KRISTEN CLARK-HASSEL,

Plaintiff - Appellant,

and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; SALLY BORGHESE; CHRISTINA ANDERSON; JESSICA KIRBY; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; BRANDEE RITSEMA,

Plaintiffs,

and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; KIMBERLY VIFINKLE; OCERINE COOPER; LORA BYERS,

Intervenors/Plaintiffs,

v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of

18

Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

_____

**No. 23-1264**
_____

MALACHI CHAPMAN,

Plaintiff - Appellant,

and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; CHRISTINA ANDERSON; JESSICA KIRBY; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; BRANDEE RITSEMA,

Plaintiffs,

19

and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; KIMBERLY VIFINKLE; OCERINE COOPER; LORA BYERS,

Intervenors/Plaintiffs,

v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

20

Defendants - Appellees.

_____

No. 23-1265
_____

KESHIA HOLLIMAN, a/k/a Keshia Horton,

Plaintiff - Appellant,

and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KRISTEN CLARK-HASSEL; SALLY BORGHESE; CHRISTINA ANDERSON; JESSICA KIRBY; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; BRANDEE RITSEMA,

Plaintiffs,

and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; KIMBERLY VIFINKLE; OCERINE COOPER; LORA BYERS,

Intervenors/Plaintiffs,

v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of

21

Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

> Defendants - Appellees.

------

**No. 23-1266**

------

BRENDA BLUE; DANIEL BLUE,

> Plaintiffs - Appellants,

and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; CHRISTINA ANDERSON; JESSICA KIRBY; KATHRINE THOMAS; BRANDEE RITSEMA,

22

Plaintiffs,

and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; KIMBERLY VIFINKLE; OCERINE COOPER; LORA BYERS,

Intervenors/Plaintiffs,

v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS;

23

BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

_____

**No. 23-1268**

_____

CHRISTINA ANDERSON,

Plaintiff - Appellant,

and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; JESSICA KIRBY; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; BRANDEE RITSEMA,

Plaintiffs,

and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; KIMBERLY VIFINKLE; OCERINE COOPER; LORA BYERS,

Intervenors/Plaintiffs,

v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California;

24

GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

---

**No. 23-1269**

---

SARA YBARRA-JOHNSON,

Intervenor/Plaintiff - Appellant,

and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA

25

HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; CHRISTINA ANDERSON; JESSICA KIRBY; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; BRANDEE RITSEMA; ALAN MEDDOWS,

                Plaintiffs,

     and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; KIMBERLY VIFINKLE; OCERINE COOPER; LORA BYERS; KARLA JOHNSON,

                Intervenors/Plaintiffs,

      v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY

26

MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

> Defendants - Appellees.

---

**No. 23-1270**

---

KARLA JOHNSON,

> Intervenor/Plaintiff - Appellant,

> and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; CHRISTINA ANDERSON; JESSICA KIRBY; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; BRANDEE RITSEMA; ALAN MEDDOWS,

> Plaintiffs,

> and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; KIMBERLY VIFINKLE; OCERINE COOPER; LORA BYERS; SARA YBARRA-JOHNSON,

> Intervenors/Plaintiffs,

> v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK

27

B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

No. 23-1271

BEATRICE RIVERA ADAMS,

Intervenor/Plaintiff - Appellant,

and

28

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; CHRISTINA ANDERSON; JESSICA KIRBY; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; BRANDEE RITSEMA; ALAN MEDDOWS,

                Plaintiffs,

     and

AUDREY LESSNER; KIMBERLY VIFINKLE; OCERINE COOPER; LORA BYERS; KARLA JOHNSON; SARA YBARRA-JOHNSON,

                Intervenors/Plaintiffs,

     v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY

29

COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

No. 23-1272

ALAN MEDDOWS,

Plaintiff - Appellant,

and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; CHRISTINA ANDERSON; JESSICA KIRBY; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; BRANDEE RITSEMA,

Plaintiffs,

and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; KIMBERLY VIFINKLE; OCERINE COOPER; LORA BYERS; KARLA JOHNSON; SARA YBARRA-JOHNSON,

Intervenors/Plaintiffs,

v.

30

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

---

**No. 23-1273**

---

APRIL FOX,

31

Appellant,

and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; ALAN MEDDOWS; CHRISTINA ANDERSON; JESSICA KIRBY; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; BRANDEE RITSEMA,

Plaintiffs,

and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; KIMBERLY VIFINKLE; OCERINE COOPER; LORA BYERS; KARLA JOHNSON; SARA YBARRA-JOHNSON,

Intervenors/Plaintiffs,

v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the

Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

---

**No. 23-1283**

---

TERESA GOIN,

Plaintiff - Appellant,

and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; ALAN MEDDOWS; CHRISTINA ANDERSON; JESSICA KIRBY; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; BRANDEE RITSEMA,

Plaintiffs,

and

33

BEATRICE RIVERA ADAMS; AUDREY LESSNER; KIMBERLY VIFINKLE; OCERINE COOPER; LORA BYERS,

Intervenors/Plaintiffs,

v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

34

No. 23-1284

GERRI F. HOOD,

        Plaintiff - Appellant,

   and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; ALAN MEDDOWS; CHRISTINA ANDERSON; JESSICA KIRBY; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; BRANDEE RITSEMA,

        Plaintiffs,

   and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; KIMBERLY VIFINKLE; OCERINE COOPER; LORA BYERS,

        Intervenors/Plaintiffs,

   v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of

35

Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

---

**No. 23-1285**

---

BARBARA MAST,

Plaintiff - Appellant,

and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; ALAN MEDDOWS; CHRISTINA ANDERSON; JESSICA KIRBY; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; BRANDEE RITSEMA,

36

Plaintiffs,

and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; KIMBERLY VIFINKLE; OCERINE COOPER; LORA BYERS,

Intervenors/Plaintiffs,

v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS;

37

BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

No. 23-1286

LATASHA WOOLRIDGE,

Plaintiff - Appellant,

and

LAURIE REYNOLDS; CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC; RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; ALAN MEDDOWS; CHRISTINA ANDERSON; JESSICA KIRBY; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; BRANDEE RITSEMA,

Plaintiffs,

and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; KIMBERLY VIFINKLE; OCERINE COOPER; LORA BYERS,

Intervenors/Plaintiffs,

v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former

38

Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

**No. 23-1287**

LAURIE REYNOLDS,

Plaintiff - Appellant,

and

CECELIA EVERTEZ; RAYMOND SIPULT; GLENDA CODY; RUSS E. CODY; KEONA BRADLEY; ELIZABETH ANDREWS; MELODY RODGERS; EMILY O'DELL; WILLIAM O'DELL; MALACHI CHAPMAN; TIJANA VIDANOVIC;

39

RENESHA TOMLIN; KESHIA HOLLIMAN, a/k/a Keshia Horton; KRISTEN CLARK-HASSEL; SALLY BORGHESE; ALAN MEDDOWS; CHRISTINA ANDERSON; JESSICA KIRBY; KATHRINE THOMAS; BRENDA BLUE; DANIEL BLUE; BRANDEE RITSEMA,

          Plaintiffs,

   and

BEATRICE RIVERA ADAMS; AUDREY LESSNER; KIMBERLY VIFINKLE; OCERINE COOPER; LORA BYERS,

          Intervenors/Plaintiffs,

   v.

UNITED STATES OF AMERICA; JOE BIDEN, President of the United States Department; KAMALA D. HARRIS, Vice President of the United States; XAVIER BECERRA, United States Department of Health and Human Services; MERRICK B. GARLAND, Attorney General of the United States; JERRY MILNER, Director of the Children's Bureau for the Administration for Children and Families; DOES, United States Assistant Secretaries for Administration for Children and Family Services; GAVIN NEWSOM, Governor of California; JERRY BROWN, Former Governor of California; ELENI KOUNALAKIS, Lieutenant Governor of California; GREG ABOTT, Governor of Texas; DAN PATRICK, Lieutenant Governor of Texas; SUSANA MARTINEZ, Former Governor of New Mexico; MICHELLE LUJAN-GRISHAW, Governor of New Mexico; DOUG DUCEY, Governor of Arizona; RON DESANTIS, Governor of Florida; TOM WOLF, Governor of Pennsylvania; BRIAN KEMP, Governor of Georgia; BILL LEE, Governor of Tennessee; MICHAEL DUNLEAVY, Governor of Alaska; KATHLEEN LAURA KELLY, Governor of Kansas; KATHY HOCHUL, Governor of New York; GRETCHEN WHITMER, Governor of Michigan; JACKEY LACEY, Governor of Los Angeles County; ROB BONTA, Attorney General of Los Angeles County; KEN PAXTON, Attorney General of Texas; JAIMIE MASTERS, Commissioner of the Department of Family and Child Protective Services; WILLIAM CLARK, President of Saint Francis Ministries; ST. FRANCIS MINISTRIES; KIDS CENTRAL INC., a/k/a The Centers Inc.; MARICOPA COUNTY ARIZONA; SEBASTIAN COUNTY ARKANSAS; SCOTT COUNTY ARKANSAS; LOS ANGELES COUNTY CALIFORNIA; RIVERSIDE COUNTY CALIFORNIA; MONTEREY COUNTY CALIFORNIA; MARION COUNTY FLORIDA; MIAMI-DADE COUNTY FLORIDA; ST. LUCIE COUNTY FLORIDA; CAMDEN COUNTY GEORGIA; LAURENS COUNTY GEORGIA; HUTCHINSON COUNTY KANSAS; SEDGWICK COUNTY KANSAS; ST. MARYS COUNTY

40

MARYLAND; KENT COUNTY MICHIGAN; OAKLAND COUNTY MICHIGAN; BERNALILLO COUNTY NEW MEXICO; KINGS COUNTY NEW YORK; MONROE COUNTY NEW YORK; WASHINGTON COUNTY OHIO; ALLEGHANY COUNTY PENNSYLVANIA; MCLENNAN COUNTY TEXAS; BELL COUNTY TEXAS; WICHITA COUNTY TEXAS; BLOUNT COUNTY TENNESSEE,

Defendants - Appellees.

———————————

Appeals from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Louise W. Flanagan, District Judge.  (7:22-cv-00178-FL)

———————————

Submitted:  July 25, 2023                    Decided:  July 27, 2023

———————————

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Melody Rodgers; Brandee Ritsema; Emily O'Dell; William O'Dell; Jessica Kirby; Kimberly Vifinkle; Lora Byers; Ocerine Cooper; Kathrine Thomas; Tijana Vidanovic; Renesha Tomlin; Sally Borghese; Kristen Clark-Hassell; Malachi Chapman; Keshia Holliman; Brenda Blue; Daniel Blue; Christina Anderson; Sara Elizabeth Ybarra Johnson; Karla Johnson; Beatrice Rivera; Alan Meddows; April Fox; Teresa Goin; Gerri F. Hood; Barbara Mast; Latasha Woolridge; Laurie Reynolds, Appellants Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

41

PER CURIAM:

In these consolidated appeals, Appellants seek to appeal the district court's orders dismissing some appellants as plaintiffs, denying others' motions to intervene as plaintiffs, and denying reconsideration of those orders. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Appellants seek to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction and deny as moot the pending motions for leave to file an amicus curiae brief, to expedite the decision, and to extend filing time. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*